## PETE SANDERS v. STATE OF FLORIDA

27 So. (2nd) 415                                    June Term, 1946
October 4, 1946                                        Division B

*Thos. D. Beasley,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

On the testimony in this case, the evidence of a taking with felonious intent was insufficient to sustain the verdict, and we are of the opinion that the court below erred in denying the motion for a new trial. For that reason the judgment and sentence is reversed.

Reversed and remanded.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.